# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-5196**

**September Term, 2021**

**1:21-cv-01871-UNA**

**Filed On:** January 25, 2022

Franklin C. Smith,

      Appellant

    v.

Tibbef, U.S. Deputy Marshal, and his
supervisor in collusion with Florida Marshals
and other officers,

      Appellee

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Rogers and Pillard, Circuit Judges, and Sentelle, Senior Circuit
Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief filed by the appellant. <u>See</u> Fed. R. App. P.
34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's order filed August 5, 2021,
dismissing the case pursuant to Federal Rule of Civil Procedure 8(a) be affirmed.  The
district court correctly concluded that the complaint failed to set out "a short and plain
statement of the claim showing that the pleader is entitled to relief," with sufficient
factual information to meet the minimum pleading standards of Rule 8(a).  The various
arguments raised in appellant's brief do not cast doubt on this conclusion.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk
is directed to withhold issuance of the mandate herein until seven days after resolution

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-5196**                                    **September Term, 2021**

_____

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
        Daniel J. Reidy
        Deputy Clerk
